IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KENNETH MCCARTY,** | Case No. 2:19-cv-0223 TLN KJN P |
| Petitioner, | ~~[PROPOSED]~~ ORDER |
| v. | |
| **SCOTT KERNAN,** | |
| Respondent. | |

This action was filed, *nunc pro tunc*, on May 14, 2018. On April 18, 2019, petitioner was granted leave to amend, his amended petition was filed, and respondent was directed to respond within sixty days. On June 12, 2019, respondent moved for a 60-day enlargement of time within which to file a response to the petition in this matter.

Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's motion (ECF No. 13) is granted; and

2. The response to the petition shall be filed on or before August 16, 2019.

Dated: June 13, 2019

/mcca0223.eot

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE