UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH McCARTY,<br><br>    Petitioner,<br><br>v.<br><br>SCOTT KERNAN,<br><br>    Respondent. | No.  2:19-cv-00223-TLN-KJN<br><br>**ORDER** |

Petitioner, a state prisoner proceeding pro se, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 17, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 20.) Petitioner filed objections to the findings and recommendations.  (ECF No. 21.)  Respondent did not file a reply.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 17, 2021, (ECF No. 20), are adopted in full;

2. Petitioner's application for a writ of habeas corpus is denied; and

3. The Court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

Date:  October 7, 2021

Troy L. Nunley
United States District Judge